No. 87–223.  SEABOARD SURETY CO. ET AL. *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 87–227.  SLOVACEK *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 87–228.  ALUMINA PARTNERS OF JAMAICA *v.* CABLE BELT CONVEYORS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–232.  LEICHIHMAN *v.* PICKWICK INTERNATIONAL ET AL. C. A. 8th Cir.  Certiorari denied.

No. 87–233.  HAYES *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 87–235.  GIRY ET AL. *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 87–236.  CAMPBELL *v.* BOEING CO.  Ct. App. Wash. Certiorari denied.

No. 87–238.  COBB *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 87–242.  YARBROUGH, IN DERIVATIVE ACTION ON BEHALF OF LAVENDER HOUSE, INC. *v.* SMALL BUSINESS ADMINISTRATION.  C. A. 3d Cir.  Certiorari denied.

No. 87–243.  BROWN *v.* PATTERSON ET AL.  C. A. 7th Cir. Certiorari denied.

No. 87–254.  SMITH *v.* MARTIN, GOVERNOR OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–285.  DOWELL, FOR DOWELL, DECEASED *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir. Certiorari denied.

No. 87–288.  SAMPANG *v.* MARSH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–290.  ROMAN *v.* SUNNY SLOPE FARMS, INC.  C. A. 4th Cir.  Certiorari denied.